## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI-DADE DIVISION

In Re:

ASGARALI MOHAMED,

    Debtor.

_____/

Case Number: 20-21417-LMI
Chapter 13

## DEBTOR'S OBJECTION TO CLAIM
### IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM

*This Objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this Objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this Objection an expedited hearing on this Objection will be scheduled on the date already scheduled for the Confirmation Hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), Debtor, ASGARALI MOHAMED, objects to the following Claim filed in this case:

| Claim No | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 7-1 | Kondaur Capital Corporation, etc. (hereinafter "Kondaur") | $418,460.09 | Kondaur has not paid for the property insurance and real estate taxes owed on Debtor's property. Debtor paid the property insurance for the period of May 11, 2020 to May 11, 2021. Kondaur is attempting to collect escrow for property insurance which did not pay. See Debtor's proof of insurance payment attached as Exhibit "A". Debtor is currently on a payment plan with Miami-Dade County Tax Collector for payment of the 2021 property taxes. See confirmation email attached as Exhibit "B". Debtor paid the 2020 property taxes. See Debtor's proof of the tax payment attached hereto as Exhibit "C". Debtor's regular monthly payment to Kondaur is $1,010.04 for principal and interest. Debtor should not have to pay escrow to Kondaur as Kondaur did not and will not be paying for real estate taxes and/or property insurance for Debtor's property. Kondaur must amend its Proof of Claim to reflect the proper monthly mortgage payment which Debtor needs to pay. |

| | |
|---|---|
| **CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**<br>**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A) | **MARIA I. ESCOTO-CASTIELLO, P.A.**<br>Counsel for Debtor<br>2000 South Dixie Highway, Suite 104-A<br>Miami, Florida 33133<br>Telephone: (305) 860-0991<br>Facsimile: (305) 860-0953<br>Email: maria@mec-lawfirm.com<br>/s/ *Maria I. Escoto-Castiello*<br>Maria I. Escoto-Castiello, Esq.<br>Florida Bar No.: 959839 |

# PEOPLE'S TRUST INSURANCE COMPANY
## (Receipt)

**Agent**
Consumers Choice Underwriters, Inc. 0288-00-00
3600 Red Road
Miramar, FL, 33025
(954) 688-0010

**Receipt #:** 2279824
**Receipt Date/Time:** Friday February 19 2021 *03:21 PM*
**Producer/CSR:** Consumers Choice Underwriters, Inc.

**Insured**
ASGARALI MOHAMED
9837 SW 194TH ST
CUTLER BAY, FL, 33157-7869

**Company**
PEOPLE'S TRUST INSURANCE COMPANY
18 PEOPLE'S TRUST WAY
DEERFIELD BEACH, FL, 33441-6270
800-500-1818

## Customer Payment — Total $1,694.00

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
| --- | --- | --- | --- | --- |
| 06/05/2020 03:06 PM | Credit Card | Payment | Consumers Choice Underwriters, Inc. [Producer] | 1,694.00 |

## Payment Amount Due To Company — Total $1,694.00

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
| --- | --- | --- | --- | --- |
| 06/05/2020 03:06 PM | Credit Card | Policy Payment | Consumers Choice Underwriters, Inc. [Producer] | 1,694.00 |

## Agency Fees — Total $0.00

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
| --- | --- | --- | --- | --- |

**Insurance Company:** PEOPLE'S TRUST INSURANCE COMPANY     **Phone #:** 800-500-1818
**Policy #:** PFL346797-04     **Effective Date:** 05/11/2020
**Expiration Date:** 05/11/2021

**Insured Signature:** _____
**Agents Signature:** Consumers Choice Underwriters, Inc.

**Exhibit "A"**

# PEOPLE'S TRUST INSURANCE COMPANY
## (Receipt)

**Agent**
Consumers Choice Underwriters, Inc. 0288-00-00
3600 Red Road
Miramar, FL, 33025
(954) 688-0010

**Receipt #:** 2375641
**Receipt Date/Time:** Friday February 19 2021 *03:21 PM*
**Producer/CSR:** Consumers Choice Underwriters, Inc.

**Insured**
ASGARALI MOHAMED
9837 SW 194TH ST
CUTLER BAY, FL, 33157-7869

**Company**
PEOPLE'S TRUST INSURANCE COMPANY
18 PEOPLE'S TRUST WAY
DEERFIELD BEACH, FL, 33441-6270
800-500-1818

| Customer Payment | | | | Total $829.80 |
|---|---|---|---|---|
| **Date / Time** | **Payment Type** | **Transaction Type** | **CSR** | **Amount** |
| 08/07/2020 12:46 PM | Credit Card | Payment | Consumers Choice Underwriters, Inc. [Producer] | 829.80 |

| Payment Amount Due To Company | | | | Total $829.80 |
|---|---|---|---|---|
| **Date / Time** | **Payment Type** | **Transaction Type** | **CSR** | **Amount** |
| 08/07/2020 12:46 PM | Credit Card | Policy Payment | Consumers Choice Underwriters, Inc. [Producer] | 829.80 |

| Agency Fees | | | | Total $0.00 |
|---|---|---|---|---|
| **Date / Time** | **Payment Type** | **Transaction Type** | **CSR** | **Amount** |

**Insurance Company:** PEOPLE'S TRUST INSURANCE COMPANY     **Phone #:** 800-500-1818
**Policy #:** PFL346797-04     **Effective Date:** 05/11/2020
    **Expiration Date:** 05/11/2021

**Insured Signature:** _____
**Agents Signature:** Consumers Choice Underwriters, Inc.

# PEOPLE'S TRUST INSURANCE COMPANY
## (Receipt)

**Agent**
Consumers Choice Underwriters, Inc. 0288-00-00
3600 Red Road
Miramar, FL, 33025
(954) 688-0010

**Receipt #:** 2509966
**Receipt Date/Time:** Friday February 19 2021 *03:21 PM*
**Producer/CSR:** Consumers Choice Underwriters, Inc.

**Insured**
ASGARALI MOHAMED
9837 SW 194TH ST
CUTLER BAY, FL, 33157-7869

**Company**
PEOPLE'S TRUST INSURANCE COMPANY
18 PEOPLE'S TRUST WAY
DEERFIELD BEACH, FL, 33441-6270
800-500-1818

### Customer Payment — Total $829.80

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
|---|---|---|---|---|
| 11/11/2020 11:30 AM | Credit Card | Payment | Consumers Choice Underwriters, Inc. [Producer] | 829.80 |

### Payment Amount Due To Company — Total $829.80

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
|---|---|---|---|---|
| 11/11/2020 11:30 AM | Credit Card | Policy Payment | Consumers Choice Underwriters, Inc. [Producer] | 829.80 |

### Agency Fees — Total $0.00

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
|---|---|---|---|---|

**Insurance Company:** PEOPLE'S TRUST INSURANCE COMPANY     **Phone #:** 800-500-1818
**Policy #:** PFL346797-04     **Effective Date:** 05/11/2020
     **Expiration Date:** 05/11/2021

**Insured Signature:** _____
**Agents Signature:** Consumers Choice Underwriters, Inc.

# PEOPLE'S TRUST INSURANCE COMPANY
## (Receipt)

**Agent**
Consumers Choice Underwriters, Inc. 0288-00-00
3600 Red Road
Miramar, FL, 33025
(954) 688-0010

**Receipt #:** 2638680
**Receipt Date/Time:** Friday February 19 2021 *03:21 PM*
**Producer/CSR:** Francita

**Insured**
ASGARALI MOHAMED
9837 SW 194TH ST
CUTLER BAY, FL, 33157-7869

**Company**
PEOPLE'S TRUST INSURANCE COMPANY
18 PEOPLE'S TRUST WAY
DEERFIELD BEACH, FL, 33441-6270
800-500-1818

### Customer Payment — Total $829.40

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
|---|---|---|---|---|
| 02/19/2021 03:19 PM | Credit Card | Payment | Francita Martin | 829.40 |

### Payment Amount Due To Company — Total $829.40

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
|---|---|---|---|---|
| 02/19/2021 03:19 PM | Credit Card | Policy Payment | Francita Martin | 829.40 |

### Agency Fees — Total $0.00

| Date / Time | Payment Type | Transaction Type | CSR | Amount |
|---|---|---|---|---|
| | | | | |

**Insurance Company:** PEOPLE'S TRUST INSURANCE COMPANY    **Phone #:** 800-500-1818
**Policy #:** PFL346797-04    **Effective Date:** 05/11/2020
   **Expiration Date:** 05/11/2021

**Insured Signature:** _____

**Agents Signature:** Francita

This is the email to confirm that payment plan on my property tax:

On 11/6/20, 9:25 AM, "proptax@miamidade.gov" <proptax@miamidade.gov> wrote:

    Your request was APPROVED and you have been successfully signed-up for Installment payments for your property located in Miami-Dade County, FL.

    Your first installment bill for 2021 taxes will be payable on June 1st, 2021.

    If you have any questions regarding the installment process, please contact the Tax Collector's Office by emailing us at proptax@miamidade.gov or call 305-270-4916.  You can make payments or review account information online at miamidade.county-taxes.com.

    Thank you,

    Miami-Dade County Tax Collector

**Exhibit "B"**

Paid By ZAHEER MOHAMED    Paid 03/15/2021    Receipt # BK/LIT TB-21-000232    Duplicate public_user 03/16/2021    $4,317.11

Miami-Dade County, Florida

# 2020 Real Estate Property Taxes

## Notice of Ad Valorem Tax and Non-Ad Valorem Assessments

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 36-6005-008-2860 | CUTLER BAY | 3600 |

ASGARALI MOHAMED
ZAHEER MOHAMED
9837 SW 194 ST
MIAMI, FL   33157

Property Address: 9837 SW 194 ST

Exemptions: ADDL HOMESTEAD, HOMESTEAD

### AD VALOREM TAXES

| TAXING AUTHORITY | ASSESSED VALUE | MILLAGE RATE PER | $1,000 OF TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| Miami-Dade School Board | | | | |
|   School Board Operating | 247,039 | 6.18600 | 222,039 | 1,373.53 |
|   School Board Debt Service | 247,039 | 0.19300 | 222,039 | 42.85 |
|   Voted School Operating | 247,039 | 0.75000 | 222,039 | 166.53 |
| State and Other | | | | |
|   Florida Inland Navigation Dist | 247,039 | 0.03200 | 197,039 | 6.31 |
|   South Florida Water Mgmt Dist | 247,039 | 0.11030 | 197,039 | 21.73 |
|   Okeechobee Basin | 247,039 | 0.11920 | 197,039 | 23.49 |
|   Everglades Construction Proj | 247,039 | 0.03800 | 197,039 | 7.49 |
|   Childrens Trust Authority | 247,039 | 0.45070 | 197,039 | 88.81 |
| Miami-Dade County | | | | |
|   County Wide Operating | 247,039 | 4.66690 | 197,039 | 919.56 |
|   County Wide Debt Service | 247,039 | 0.47800 | 197,039 | 94.18 |
|   Library District | 247,039 | 0.28400 | 197,039 | 55.96 |
|   Fire Rescue Operating | 247,039 | 2.42070 | 197,039 | 476.97 |
| Municipal Governing Board | | | | |
|   Cutler Bay Operating | 247,039 | 2.61980 | 197,039 | 516.20 |

**Paid**

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| L0061   CUTLER RIDGE | @ 0.4937 | 80.000 | 39.50 |
| T0004   GARB,TRASH,TRC,RECYCLE | @ 484.0000 | 1.000 | 484.00 |

| AMOUNT IF PAID BY (pay only one amount) | | | | | Combined Taxes and Assessments |
|---|---|---|---|---|---|
| Mar 31, 2021 | | | | | **$4,317.11** |
| $0.00 | | | | | |

↑ RETAIN FOR YOUR RECORDS ↑

---

↓ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ↓    Duplicate public_user 03/16/2021

**2020   Real Estate Property Taxes**

36-6005-008-2860
FOLIO NUMBER

9837 SW 194 ST
PROPERTY ADDRESS

LEGAL DESCRIPTION
5 56 40
BEL-AIRE SEC 3 PB 65-133
LOT 12 BLK 30
LOT SIZE 80.000 X 110
OR 20093-0495 122001

ASGARALI MOHAMED
ZAHEER MOHAMED
9837 SW 194 ST
MIAMI, FL   33157

*1+36600500082860+2020*

Make checks payable to:
Miami-Dade Tax Collector
(in U.S. funds drawn on U.S. banks)
Amount due May be Subject to Change Without Notice
Mail payments to:
200 NW 2nd Avenue, Miami, FL 33128

**PAY ONLY ONE AMOUNT**

If Paid By  Please Pay

Mar 31, 2021   **$0.00**



**Paid**

# Exhibit "C"

100000000000000003660050082860202000000000000000000000009

**Miami-Dade County**
**Tax Collector**
**200 NW 2nd Avenue**
**Miami, FL 33128**

| Transaction # 22598814 | |
|---|---|
| Cashier: | BURG13 |
| Paid By: | ZAHEER MOHAMED |
| Date: | 03/15/2021 10:33AM |
| Received Via: | In Person |
| Num. Items: | 1 |
| Total Tendered: | $4,317.11 |
| Receipt #: | BK/LIT TB-21-000232 |
| Batch: | 8968425 |
| Drawer: | BK/LIT TB |
| Status: | Complete |

| Receipt | | | | | |
|---|---|---|---|---|---|
| Item | Details | Effective Date | Due | | Paid |
| Real Estate | Acc# 36-6005-008-2860 Bill Yr: 2020 Regular Due: 03/31/2021 | 03/15/2021 | $4,317.11 | | $4,317.11 |
| | Total: | | $4,317.11 | | $4,317.11 |
| Payment | Details | | | Paid | |
| Check | Chk#6646706514 | | | | $4,317.11 |
| | Balance: | | | | $0.00 |

## CASHIER'S CHECK

| | |
|---|---|
| 0066467 — Office AU # | 11-24 / 1210(8) |
| Remitter: | ZAHEER MOHAMED |
| Purchaser: | ZAHEER MOHAMED |
| Purchaser Account: | ......3212 |
| Operator I.D.: | u472652 |
| Funding Source: | Cash, Paper Item(s) |

SERIAL #: 6646706514
ACCOUNT #: 4861-513257

March 13, 2021

PAY TO THE ORDER OF   ***MIAMI DADE COUNTY TAX COLLECTOR***

**Four Thousand Three Hundred Seventeen and 11/100 -US Dollars**

**$4,317.11**

Payee Address:
Memo:   RF FOLIO # 36-6005-008-2860

VOID IF OVER US $ 4,317.11

WELLS FARGO BANK, N.A.
17401 SW 97TH AVE
MIAMI, FL 33157
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

NON-NEGOTIABLE

**Purchaser Copy**

FB004 (10/19)  M4203  10005899

---

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

## CASHIER'S CHECK

| | |
|---|---|
| 0066467 — Office AU # | 11-24 / 1210(8) |
| Remitter: | ZAHEER MOHAMED |
| Operator I.D.: | u472652 |

6646706514

March 13, 2021

PAY TO THE ORDER OF   ***MIAMI DADE COUNTY TAX COLLECTOR***

**Four Thousand Three Hundred Seventeen and 11/100 -US Dollars**

**$4,317.11**

Payee Address:
Memo:   RF FOLIO # 36-6005-008-2860

VOID IF OVER US $ 4,317.11

WELLS FARGO BANK, N.A.
17401 SW 97TH AVE
MIAMI, FL 33157
FOR INQUIRIES CALL (480) 394-3122

_Munena S Can_
CONTROLLER

⑈6646706514⑈ ⑆121000248⑆ 4861  513257⑈